IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHY MINNICH,** | : | Civil No. 1:20-CV-00378 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **NORTHEASTERN SCHOOL DISTRICT, STACEY SIDLE, Individual, BRIAN GELLER, Individual,** | : : : : : | |
| | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, on this 27th day of July 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS HEREBY ORDERED THAT:**

1. The Defendants' motion to dismiss (Doc. 20) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

   a. The motion is **GRANTED** with respect to Count 1, Count 3, Count 4, Count 5, and Count 6; and

   b. The motion to dismiss Plaintiff's Fourth Amendment Claim asserted at Count 2 is **DENIED** with respect to Defendants Sidle and Geller and **GRANTED** with respect to Defendant Northeastern School District;

2. All of Plaintiff's claims set forth in her second amended complaint (Doc. 19), with the exception of her Fourth Amendment Claim asserted at Count 2 against Defendants Sidle and Geller, are **DISMISSED WITH PREJUDICE**;

3. The Clerk of Court is directed to terminate Defendant Northeastern School District as a Defendant in the above-captioned action;

4. This matter will proceed as to Plaintiff's Fourth Amendment claim asserted against Defendants Sidle and Geller; and

5. Defendants Sidle and Geller are directed to file an answer to Plaintiff's second amended complaint within twenty-one (21) days of the date of this Order.

**SO ORDERED.**

>*/s/ Sylvia H. Rambo*
>SYLVIA H. RAMBO
>United States District Judge