IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHY MINNICH,** | : | No. 1:20-CV-00378 |
| Plaintiff, | : | |
| v. | : | |
| **STACEY SIDLE, et al.,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

**O R D E R**

**AND NOW**, this 14th day of September, 2023, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

(1) The motion for summary judgment filed by Defendants Stacey Sidle and Brian Geller (Doc. 40) is **GRANTED**;

(2) Count 2 of Plaintiff Kathy Minnich's Second Amended Complaint asserting violations of the Fourth Amendment is **DISMISSED** with prejudice; and

(3) The Clerk of Court is directed to close this case.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge